In the Matter of the Separate Applications of John C. McGreivey et al., Respondents, for a Writ of Certiorari to Review the Action of Bartlett B. Grippen, as County Treasurer of Saratoga County, Appellant, in Refusing to Issue a Liquor Tax Certificate.

*Matter of McGreivey*, 37 App. Div. 66, affirmed.
(Argued January 8, 1900; decided January 23, 1900.)

Appeal from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 12, 1899, which affirmed an order of the Special Term directing the county treasurer of Saratoga county to issue liquor tax certificates to the relators herein.

*P. W. Cullinan* for appellant.

*Thomas O' Connor* for respondents.

Order affirmed, with costs, on opinion below.
Concur: Parker, Ch. J., Gray, O'Brien, Bartlett, Haight, Martin and Vann, JJ.

---

In the Matter of the Separate Applications of William F. Matthews et al., Respondents, for a Writ of Certiorari to Review the Action of George L. Clemons, as County Treasurer of Washington County, Appellant, in Refusing to Issue a Liquor Tax Certificate.

*Matter of Matthews*, 37 App. Div. 626, affirmed.
(Argued January 8, 1900; decided January 23, 1900.)

Appeal from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 12, 1899, which affirmed an order of the Special Term directing the county treasurer of Washington county to issue liquor tax certificates to the relators herein.

*P. W. Cullinan* for appellant.

*Thomas O' Connor* for respondents.

Order affirmed, with costs, on opinion below.
Concur: Parker, Ch. J., Gray, O'Brien, Bartlett, Haight, Martin and Vann, JJ.